ORDERED that plaintiff's motion for summary judgment is DENIED; and it is further

ORDERED that defendant's motion for summary judgment is GRANTED.

MICRON TECHNOLOGY, INC., PLAINTIFF v. UNITED STATES, DEFENDANT, AND HYUNDAI ELECTRONICS INDUSTRIES CO., LTD., ET AL., DEFENDANT-INTERVENORS

Consolidated Court No. 93–06–00318

(Dated October 27, 1995)

JUDGMENT

GOLDBERG, *Judge:* As the United States Department of Commerce ("Commerce") has complied with the decisions that the Court made in Slip Op. 95–107, and there being no further objections, Commerce's August 24, 1995 remand determination is hereby affirmed. The reasoning of Slip Op. 95–107 is incorporated herein by reference.